In the Matter of the Claim of GUSTAVE BEDERMAN, Respondent, against WALTER T. MCNAMARA, Appellant, and Others. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. · Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ANNA MARY CHENSKY, Respondent, against THE BEACON COMMISSARY CORPORATION and THE GLENS FALLS INDEMNITY COMPANY, Respondents, and GREAT AMERICAN INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of GRACE E. BROWN, Respondent, against ONONDAGA LITHOLITE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JOHN T. MCCULLA, Respondent, against AMERICAN LOCOMOTIVE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Rhodes, McNamee, Crapser, Bliss and Heffernan, JJ.